UNITED STATES OF AMERICA,    )
    )
             Plaintiff,    )
    )    NOTICE OF APPEARANCE
      v.    )
    )
Anwar Ahmed Adow,    )
    )
           Defendant.    )

The undersigned attorney hereby notifies the Court and counsel that Patrick L. Cotter shall appear as counsel of record for Anwar Ahmed Adow, Defendant in this case.

Dated: September 18, 2025.

/s/ *Patrick L. Cotter*
Patrick L. Cotter (#0319120)
Sieben & Cotter, PLLC
105 Hardman Court, Suite 110
South St. Paul, MN 55075
(651) 455-1555
patrick@siebencotterlaw.com